IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| BAILEY CALE, Individually and on, Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>FORCE PRESSURE CONTROL, LLC<br>Defendant. | §§§§§§§§§§§<br><br>CIVIL ACTION NO. 7:22-cv-00187-DC-RCG |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Bailey Cale, Individually and on Behalf of All Others Similarly Situated, Opt-In Plaintiff Brandon Almanza (collectively, the "**Plaintiffs**"), and Defendant Force Pressure Control, LLC ("**Defendant**" and together with Plaintiffs, the "**Parties**") file this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties jointly represent to the Court that the matter was resolved after Plaintiffs filed Demands for Arbitration with the American Arbitration Association, but prior to the selection of an arbitrator.

Plaintiffs hereby dismiss with prejudice the instant action and any claims that could have been asserted in the instant action against Defendant.

1

        Respectfully submitted,

By: */s/ Josh Sanford*
   Josh Sanford
   Tex. Bar No. 24077858
   josh@sanfordlawfirm.com
   SANFORD LAW FIRM, PLLC
   Kirkpatrick Plaza
   10800 Financial Centre Pkwy, Suite 510
   Little Rock, Arkansas 72211
   Telephone: (501) 221-0088
   Facsimile: (888) 787-2040

**ATTORNEY FOR PLAINTIFFS**

LOCKE LORD LLP


By: *J. Michael Rose*
   J. Michael Rose
   State Bar No.: 24041819
   mrose@lockelord.com
   600 Travis Street, Suite 2800
   Houston, Texas 77002
   (713) 226-1684 (Telephone)
   (713) 229-2626 (Facsimile)

**ATTORNEY-IN-CHARGE FOR DEFENDANT FORCE PRESSURE CONTROL, LLC**

**OF COUNSEL FOR DEFENDANT FORCE PRESSURE CONTROL, LLC**
Akilah F. Craig
State Bar No. 24076194
Fed. Bar No. 2590968
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
(713) 226-1200 (Telephone)
(713) 229-2683 (Facsimile)

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that he filed and served a true and correct copy of the above and foregoing document in compliance with the Federal Rules of Civil Procedure via the Southern District of Texas' CM/ECF system on this the 2nd day of May, 2023.

J. Michael Rose
Akilah F. Craig
**LOCKE LORD LLP**
600 Travis, Suite 2800
Houston, Texas 77002

                                    */s/ Josh Sanford*
                                    **Josh Sanford**